UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ATLANTIC RECORDING CORPORATION, et al.,

                Plaintiffs,

  -v-                                          1:06-CV-876

FRAN KELLOGG,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

WOLFORD & LECLAIR LLP               STEVEN E. COLE, ESQ.
Attorneys for Plaintiffs
16 East Main Street, Suite 600
Rochester, NY 14614

HOLME ROBERTS & OWEN LLP         KATHRIN H. WESTON, ESQ.
Attorneys for Plaintiffs
1700 Lincoln Street, Suite 4100
Denver, CO 80203

FRAN KELLOGG
Defendant pro se
33 Carlton Avenue
Cohoes, NY 12047

DAVID N. HURD
United States District Judge

## **O R D E R**

      Plaintiffs' motion to dismiss the counterclaims was taken on submission without oral

argument. It appearing that plaintiffs are entitled to dismissal of the counterclaims, and there

being no opposition to the motion, it is

ORDERED that plaintiff's motion is GRANTED and the counterclaims are DISMISSED.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  February 23, 2007
        Utica, New York.